**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Carroll Louis v. The State of Texas

Appellate case number:   01-13-00913-CR

Trial court case number:  13-16077

Trial court:                    Criminal District Court of Jefferson County

       Our complete review of the above-referenced appeal requires the court reporter's transcription of all portions of the trial.  Accordingly, we order the court reporter(s) to prepare, certify, and file a supplemental reporter's record containing volume 3 of the reporter's record no later than 20 days from the date of this order.  *See* TEX. R. APP. P. 34.6(d).

       It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                              ☒ Acting individually      ☐ Acting for the Court

Date:  February 4, 2014